IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                                                JUDGMENT AND
                     Plaintiff,         COMMITMENT ORDER

     v.

                                                 10-po-14-slc

KELVIN O. ARNOLD,

                    Defendant.
_____

       Defendant Kelvin O. Arnold, having pled guilty to the assimilated offense of Operating a Motor Vehicle While Under the Influence, it is hereby ORDERED that:

       1) Defendant Kelvin O. Arnold is sentenced to 8 days' incarceration at a jail facility to be designated by the United States Bureau of Prisons. Arnold's self-report date is October 25, 2010 at noon.

       2) Not later than noon, December 17, 2010, defendant Kelvin O. Arnold shall pay a fine of $350 to the clerk of this court.

       3) Defendant Kelvin O. Arnold must pay the $10 special assessment forthwith.

       Entered this 29th day of September, 2010.

                                            BY THE COURT:

                                            /s/

                                            STEPHEN L. CROCKER
                                            Magistrate Judge